IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY SHARIF WILLIAMS, | ) | No. C 10-1221 LHK (PR) |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| DR. M. SAYRE, et al., | ) ) | |
| Defendants. | ) ) | |

The Court has dismissed the civil rights action for failure to state a claim. A judgment of dismissal without prejudice is hereby entered. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: 12/20/11

LUCY H. KOH
United States District Judge

Judgment
P:\pro-se\sj.lhk\cr.10\Williams221jud