1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY SHARIF WILLIAMS, | ) | No. C 10-1221 LHK (PR) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| DR. M. SAYRE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court has dismissed the civil rights action for failure to state a claim.  A judgment of

dismissal without prejudice is hereby entered.  The Clerk shall close the file.

IT IS SO ORDERED.

Dated:   12/20/11

LUCY H. KOH
United States District Judge

Judgment
P:\pro-se\sj.lhk\cr.10\Williams221jud